**SO ORDERED.**

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-05347

Dated: March 30, 2010



_____
**REDFIELD T. BAUM, SR**
**U.S. Bankruptcy Judge**

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:10-BK-04506-RTB |
| Lynette Sue Robinson, | Chapter 7 |
| Debtor. | ORDER |
| Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes, | (Related to Docket #8) |
| Movant, | |
| vs. | |
| Lynette Sue Robinson, Debtor, Dale D. Ulrich, Trustee. | |
| Respondents. | |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

IT IS HEREBY ORDERED that all stays and injuctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 9, 2006 and recorded in the office of the Maricopa County Recorder wherein Deutsche Bank National Trust Company, as Indenture Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed Notes is the current beneficiary and Lynette Sue Robinson has an interest in, further described as:

> THE REAL PROPERTY IN THE CITY OF UNINCORPORATED AREA, COUNTY OF YUMA, STATE OF ARIZONA, WHOSE LEGAL ADDRESS IS
>
> LOT 51, OF COUNTY CLUB HEIGHTS UNIT THREE AMENDED, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA, RECORDED IN BOOK 151 OF MAPS, PAGE 2, AND CORRECTED BY INSTRUMENT RECORDED IN DOCKET 12464, PAGE 1088, AND AS SHOWN ON PLAT RECORDED IN BOOK 193 OF MAPS, PAGE 18.
>
> FOR INFORMATIONAL PURPOSES ONLY: THE APN IS SHOWN BY THE COUNTY ASSESSOR AS 135-33-321 1; SOURCE OF TIT1E IS DOCUMENT NO. 2005-894638. (RECORDED 06-29-2005) .

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.